

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00316-CV

| | | |
|---|---|---|
| Just For Fun Grapevine, Inc., John Lemley, and Laura Lemley | § | From the 16th District Court |
| | § | of Denton County (2011-11020-16) |
| v. | § | October 30, 2014 |
| | § | Opinion by Justice Gabriel |
| Tejas Fun, L.P. and Peter J. Clark | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the judgment to delete the portion holding John and Laura Lemley jointly and severally liable for the damages awarded to Tejas for Just For Fun's breach of the lease agreement, including attorney's fees, pre-judgment and post-judgment interest, and costs. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
        Justice Lee Gabriel